1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  5050 El Camino Real, Ste. 228
3  Los Altos, CA 94022
   Telephone (650) 964-8901
4
   Attorney for Plaintiff
5
6  JOHN E. LATTIN, IV
   FISHER & PHILLIPS LLP
7  18400 Von Karman Ave., Ste. 400
   Irvine, CA 92612
8  Telephone (949)851-2424

9  Attorneys for Defendant
10 Berkeley Farms

11
12
13
14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16
17 JOSE GARCIA,                          )  Case No. C08-03799 CW
                                         )
18      Plaintiff,                       )
                                         )  ORDER GRANTING
19      VS.                              )  STIPULATION FOR DISMISSAL
                                         )  WITH PREJUDICE PURSUANT
20 BERKELEY FARMS, A CALIFORNIA          )  TO FRCP 41(A)(1)
   CORPORATION, LOCAL 853                )
21 OF THE INTERNATIONAL                  )
   BROTHERHOOD OF TEAMSTERS              )
22 AN UNINCORPORATED ASSOCIATION,        )
23                                       )
        Defendants.                      )
24 _____)

25
26      IT IS HEREBY STIPULATED by the parties to this action, through their designated
27 counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP
28 41 (a)(1), each party to bear its own fees and costs. This stipulation and order and the dismissal with

                                         1

STIPULATION FOR DISMISSAL WITH PREJUDICE

1 | prejudice shall not constitute or be deemed an admission of any kind of either party regarding the
2 | merits of this action
3 | 
4 | Dated: February 5, 2009        FRANK E. MAYO
                                   ATTORNEY AT LAW
5 |
6 |                                 /s/ Frank E. Mayo
7 |                                Frank E. Mayo, Attorney for Plaintiff
                                   Jose Garcia
8 |
9 | Dated: February 5, 2009        FISHER & PHILLIPS LLP
10 |
11 |                                /s/ John E. Lattin, IV
12 |                               John E. Lattin, IV, Attorney for
                                   Defendant Berkeley Farms, LLC

**IT IS SO ORDERED**

/s/ Claudia Wilken
Judge Claudia Wilken

(Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA)

2

STIPULATION FOR DISMISSAL WITH PREJUDICE